UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYMARIONE MARTIN,<br>    a/k/a "Ty Ty,"<br>    a/k/a "Shoota B,"<br><br>                    Defendant. | **INDICTMENT**<br><br>23 Cr. 385 |

## COUNT ONE
### (Possession with Intent to Distribute Narcotics)

The Grand Jury charges:

1.  On or about June 9, 2023, in the Southern District of New York and elsewhere, TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.  The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

## COUNT TWO
### (Possession with Intent to Distribute Narcotics)

The Grand Jury further charges:

1.  On or about June 30, 2023, in the Southern District of New York and elsewhere, TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant, knowingly and

intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

## COUNT THREE
### (Possession with Intent to Distribute Narcotics)

The Grand Jury further charges:

1. On or about July 14, 2023, in the Southern District of New York and elsewhere, TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

## COUNT FOUR
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

3. On or about June 9, 2023, in the Southern District of New York and elsewhere, TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Indictment, knowingly used and carried a

firearm, and in furtherance of such crime, possessed a firearm, to wit, a Diamondback DB9 9-millimeter semiautomatic handgun.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

## FORFEITURE ALLEGATION

4.  As a result of committing the offenses alleged in Counts One, Two, and Three of this Indictment, TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## SUBSTITUTE ASSET PROVISION

5.  If any of the above-described forfeitable property, as a result of any act or omission of TYMARIONE MARTIN, a/k/a "Ty Ty," a/k/a "Shoota B," the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
DAMIAN WILLIAMS  
United States Attorney

4