

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 7, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

Re:   *United States v. Tymarione Martin*, 23 Cr. 385 (KMK)
       **Application to Exclude Time**

Dear Judge Karas:

The Government respectfully requests that the Court exclude the time between August 17, 2023 and September 6, 2023, the date of the initial pre-trial conference, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The defendant was arraigned on the Indictment on August 3, 2023. During that proceeding, the Honorable Victoria Reznik, United States Magistrate Judge, excluded time until August 17. The Government submits that a further exclusion of time between August 17 and the initial conference would serve the interests of justice by both allowing the defense time review discovery and giving the parties an opportunity to discuss a potential pretrial disposition of this matter.

The Government has conferred with defense counsel, and the defense does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
    David A. Markewitz
    Assistant United States Attorney
    (914) 993-1920

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/7/2023

Cc:   Daniel A. Hochheiser, Esq. (by ECF)