UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

TYMARIONE MARTIN,

Defendant.

No. 23-cr-385 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

At the Conference on November 13, 2023, the Court adopted the following scheduling order:

Defendant shall file any motions by no later than January 22, 2024. The Government shall file opposition papers by no later than February 22, 2024. Defendant shall file reply papers by no later than March 7, 2024. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

Time is excluded from the Speedy Trial Act until January 22, 2024, in the interests of justice as explained on the record of November 13, 2023. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:   November 13, 2023
         White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE