# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 5, 2024

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   USA v. Tymarione Martin 23 Cr 385 KMK
      Motion for Adjournment of Oral Argument

Your Honor:

Oral Argument on the defense motion to suppress is scheduled for June 13, 2024 at 10am. I must request an adjournment because I am not available to appear on June 13 as I will be observing a Jewish holiday (Shavuot). I have conferred by email with AUSA David Markewitz. The Government does not object to this request. Mr. Markewitz and I are both available on June 19, 2024 or on a date convenient to the Court on or after July 15, 2024.

Respectfully submitted,

*Daniel Hochheiser*

Daniel A. Hochheiser

Cc: All Counsel by ECF

Granted - Argument is adjourned to 7/22/24, at 10:00

So Ordered

*KMK*
6/7/24